**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*4:33 pm, Nov 16, 2023*
**JEFFREY P. COLWELL, CLERK**

Maverick A. Young
"M.A.Y."
ACP Colorado
1001 E 62nd St.
Denver, CO
80216
Email: mavalexyoung@mail.com

November 17th, 2023

Clerk of Court
Byron G. Rogers Courthouse
1929 Stout Street
Denver, CO 80294

Formal Complaint Alleging Violations Resulting in the Endangerment of Protected Persons, Financial Fraud, and Familial Interference

Dear Attorney General of Colorado,

I urgently bring to your attention a series of severe violations compromising the safety and well-being of M.A.Y., an individual under federal protection within the WITSEC program and a participant in Colorado's Address Confidentiality Program. These actions have jeopardized my life, disrupted our financial security, and fractured our familial unity.

**Synopsis of Incidents: Conspiracy and Psychological Manipulation**
Dawn Cheesman, a former acquaintance and roommate, drugged me and orchestrated a conspiracy with public officials in Brighton, Colorado, including the Mayor, the local Police Department, and Jen Shaver, Director of Bromley School, aiming to disrupt our lives.

**Financial Fraud and Identity Theft**
Dawn Cheesman has committed identity theft against both M.A.Y. and me, resulting in a fraudulent loss exceeding $1 million and a profound negative impact on our creditworthiness.

**Interference with Family Relations**
Dawn Cheesman unilaterally removed our daughter, Hannah, for an extended period, using manipulative tactics and influence against us. She has also obstructed our ability to partake in family gatherings, including shared meals.

**Endangerment of Protected Persons**
Her actions have exposed M.A.Y., a federally protected individual, to substantial risks.

**Denial of Equal Access to Legal Processes**

Despite my compromised emotional and mental state, the State of Colorado has further exacerbated our predicament by denying me equitable access to legal proceedings and legal representation.

**Violations of Legal Provisions:**

1. 14th Amendment of the U.S. Constitution: Denial of equal protection under the law.
2. Americans with Disabilities Act (ADA): Failure to provide reasonable accommodations.
3. Federal and State Identity Theft Laws: Fraudulent acquisition of our substantial financial assets.
4. State Laws on Familial Interference: Unlawful manipulation and influence over our child.
5. State and Federal Laws Governing Protection Programs: Compromising the safety of federally protected individuals.

**Requests:**

1. Immediate suspension of all random drug tests, pending a comprehensive review of our case.
2. A thorough investigation into the actions of Dawn Cheesman and any alleged co-conspirators.
3. Immediate provision of adequate legal representation for all related legal proceedings.
4. Initiation of legal actions against all parties proven to have violated state and federal laws.

**Waiver of Appeal Fees and Service of Summons:**

Given the unique circumstances, I request the Court to waive all appeal fees, considering my exclusive reliance on cryptocurrency, and the unavailability of a crypto payment option by the Court. Additionally, I request the Court to waive the service of summons, as service has already been executed via email.

Please promptly address these matters to avoid having no recourse but to pursue further legal actions, including potential federal lawsuits for civil damages and constitutional infringements.

Your prompt and immediate attention to these pressing matters is of paramount importance.

Sincerely,

Maverick A. Young
Protected Individual under Federal WITSEC
Colorado State Address Confidentiality Program